1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS SBN CA 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: *SAUSA EMAIL

8  Attorneys for Defendant

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                          SACRAMENTO DIVISION

12

13 CLARENCE WEBSTER,              )
                                  )    CIVIL NO. 2:12-CV-01891 KJN
14         Plaintiff,             )
                                  )
15         v.                     )    STIPULATION FOR EXTENSION
                                  )
16 MICHAEL J. ASTRUE,             )
   Commissioner of                )
17 Social Security,               )
                                  )
18         Defendant.             )
   _____)

19

20     The parties, through their respective counsel, stipulate that the time for Defendant to respond to

21 Plaintiff's motion for summary judgment be extended from January 31, 2013 to March 16, 2013.

22 Defendant needs the extension to complete his review of the defensibility of the ALJ's decision.

23     All other dates in the Court's Scheduling Order are extended accordingly.

24 ///

25 ///

26 ///

27 ///

28

This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

Respectfully submitted,

Dated: January 30, 2013

*Peter Brixie*
(Authorized via telephone)
PETER BRIXIE
Attorney for Plaintiff

Dated: January 30, 2013

BENJAMIN B. WAGNER
United States Attorney

*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Defendant filed this stipulation on February 1, 2013, the day after defendant's deadline to file its Opposition/Cross-Motion for Summary Judgment. (Dkt. No. 5 ¶ 4.) Disconcertingly, defendant waited until *after* a filing deadline before asking the court to extend that same deadline. See E.D. Local Rule 144(d) ("Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor."). Future stipulations suffering from similar deficiencies may not be approved. The undersigned nonetheless approves this stipulation.

**IT IS SO ORDERED.**

Dated: February 4, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE